RONALD ADY, PLLC (USB 3694)
8 E. Broadway, Ste. 725
Salt Lake City, UT 84111
(801) 530-3122
(801) 746-3501 fax

Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| JESSICA SPANGLER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN B. ELGGREN, P.C.<br><br>Defendant. | **STATUS REPORT**<br><br><br>**Case No. 2:09-cv-01059-DB**<br><br>**Judge** Dee Benson<br><br>**Magistrate Judge** |

PURSUANT TO the Court's Order to Show Cause entered in the within action on January 4, 2011, Plaintiff Jessica Spangler shows cause as follows:

1. The parties have previously been engaged in settlement discussions in the within action and the prospects for settlement are favorable;

2. On January 13, 2011 Plaintiff advised the Defendant of the need to file his answer in the within action;

3. On January 14, 2011 Plaintiff filed her return of service in the within action;

4. On January 18, 2011 Defendant filed an answer in the within action;

5. On January 20, 2011 the parties will hold a *Fed. R. Civ. P.* 26(f) planning conference.

DATED this 19th day of January 2011.

_____/S/_____
RONALD ADY
Attorney for the Plaintiff Jessica Spangler

CERTIFICATE OF SERVICE

I certify that on the 19th day of January, 2011 I caused a true copy of the foregoing document, to be served, by ECF/ECM on:

Bob Hadley bob@evlaw.net

/S/
RONALD ADY